UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
YOVANNY DOMINGUEZ, individually and on
behalf of all other persons similarly situated,

                    Plaintiff,

-against-

PIZZA HUT OF AMERICA, LLC,

                    Defendant.
-----------------------------------------------------------X

19 CIVIL 10175 (MKV)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 6, 2020, the motion to dismiss the First Amended Complaint for lack of standing under Rule 12(b)(1) is GRANTED. Dominguez did not file an amended pleading, therefore, final judgment of dismissal is entered; accordingly, this case is closed.

**Dated:** New York, New York

        August 27, 2020

                                                    **RUBY J. KRAJICK**

                                                      **Clerk of Court**

                       **BY:**

                                                      **Deputy Clerk**